543 A.2d 1092

**COMMONWEALTH of Pennsylvania**

v.

**Gary JONES, Petitioner.**

Supreme Court of Pennsylvania.

Argued Nov. 12, 1987.

Decided July 27, 1988.

Healey & Davidson, Pittsburgh, for petitioner Michael J. Healey.

Robert L. Eberhardt, Deputy Dist. Atty., Pittsburgh, for Com.

454

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

**ORDER**

PER CURIAM:

AND NOW, this 27th day of July, 1988, the Order entered by this Court in the above matter on May 12, 1988, is rescinded, and the Petition for Review is hereby dismissed as moot.

LARSEN, J., dissents.